IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Brandon Shane Gravatt, | ) | C/A No. 0:14-10-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Plaintiff is a federal prisoner, proceeding *pro se,* who filed a civil rights action concerning prison conditions at a Federal Correctional Institution in Yazoo City, Mississippi. By order issued on January 14, 2014, the court allowed Plaintiff an opportunity to bring this case into proper form by paying the filing fee or submitting the financial documents necessary to proceed *in forma pauperis*. ECF No. 6 at 1. The order further directed Plaintiff to provide service documents necessary to advance this case and to submit his claims on a standard complaint form. *Id.* at 2. The order warned that failure to provide the necessary information within the timetable set forth in the order would subject the case to dismissal. *Id.* at 1. The time to bring this case into proper form has now lapsed.

  Plaintiff partially complied with the order by providing Forms USM-285 before the time for response lapsed. ECF No. 8. Plaintiff also submitted Uniform Commercial Code ("UCC") financing statements, tax documents, and certified mail receipts. ECF No. 9. However, Plaintiff failed to provide summonses, submit a standard complaint form, pay the filing fee, or submit the documents necessary to proceed *in forma pauperis*. As Plaintiff has failed to comply with an order of this court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/Mary G. Lewis<br>United States District Judge

March 12, 2014
Spartanburg, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.